UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMY LEE BEAUCHAMP | CIVIL ACTION |
| VERSUS | NO:   14-01899 |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER SOCIAL<br>SECURITY ADMINISTRATION | SECTION: "J" (4) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections to the Magistrate Judge's Report and Recommendation have been filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Jimmy Lee Beauchamp Disability Insurance Benefits is **REVERSED AND REMANDED FOR CONSIDERATION OF ALL OF THE POST-DATE LAST INSURED ("DLI") EVIDENCE**.

New Orleans, Louisiana, this 12th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE